## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF LOUISIANA

_____

Plaintiff

v.                                                                    _____

                                                                       Civil Action No.

_____

Defendant

### **CERTIFICATE OF INTERESTED PERSONS**

Pursuant to Local Civil Rule 7.1,

provides the following information:

     A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

*\*Please separate names with a comma and do not add address information. Only text visible within box will print.*

 

 

Attorney Name and Bar Number

**NOTE:**  To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Notices => Certificate of Interested Persons.